# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED MARCH 5, 2020

### NO. 03-19-00705-CV

**Y. S., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the modified final decree signed by the trial court on September 11, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's modified final decree. Therefore, the Court affirms the trial court's modified final decree. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.